

**ORDERED in the Southern District of Florida on February 17, 2026.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Leticia C Montero                                      Case No.: 25-24726-CLC
                                                                 Chapter 13

_____Debtor_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO AMEND[1] VOLUNTARY PETITION

This matter came before the court on Debtor's Ex-Parte Motion to Amend the Voluntary Petition [ECF#24]. The court having reviewed said motion, and being fully advised hereby:

1. Debtor's Ex-Parte Motion to Amend Voluntary Petition is **GRANTED**.
2. The Voluntary Petition is hereby amended to reflect the Debtor's alias name as "**Leticia Del Carmen Montero**" and "**Leticia C Del Carmen Montero**".
3. The Petition shall be amended to reflect the Debtor's alias name at the time of filing the Debtor's bankruptcy petition on December 13, 2025.

###

Respectfully Submitted: Jose A. Blanco, Esq., JOSE A. BLANCO, P.A., By: Jose A. Blanco, FBN: 062449, 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463

Attorney Jose A. Blanco, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.

___

[1] This Motion is to list two additional alias names on the petition.